# Exhibit 7

# Exhibit 7 - U.S. Patent No. 8,677,398 ("'398 Patent")

| Asserted Claims | Optable's Infringement |
|---|---|
| 1 [preamble]. A method implemented using a programmed hardware computer system, the method comprising: | To the extent the preamble is limiting, Optable performs a method implemented using a programmed hardware computer system (e.g., a portion of Optable's Accused Instrumentalities, which include the Optable Platform, including but not limited to components such as the Extended IDs Switchboard, Edge Targeting API, ID Bridging, and ID Graph).<br><br>*See, e.g.*, evidence and analysis for claim limitations (a)-(c) below; https://www.optable.co/platform:<br><br> |

| | |
|---|---|
| (a) receiving, at the computer system, an electronic identifier of a first device; | Optable receives at the computer system an electronic identifier of a first device.<br><br>For example, a portion of Optable's Accused Instrumentalities (the Optable Platform, including but not limited to components such as the ID Graph) receive an electronic identifier of a first device, e.g., by receiving a browser cookie ID, DSP cookie ID, SSP cookie ID, IDFA, AAID, GAID, RIDA, and/or first-party cookie associated with a particular device. *See, e.g.*, https://terms.optable.co/privacy/privacy-policies/products-and-services:<br><br>**What personal information do we collect?**<br><br>The information we obtain for processing includes solely information that our Clients choose to store with us for processing, such as:<br><br>• **Mobile advertising device IDs** such as Apple's Identifier For Advertisers and Google Advertising ID (collectively, "**Advertising IDs**"). Advertising IDs are user-resettable, unique, anonymized identifiers for advertising generated by a variety of devices. Advertising IDs identify a specific device and are implemented both on Apple iOS and Google Android ("Advertising ID").<br>• **Cookies**. An HTTP cookie (also called web cookie, Internet cookie, browser cookie or simply a cookie) is a small piece of data sent from a website and is stored in the user's web browser while the user is browsing.<br>• **Demographic information** such as age / age range, gender, city or region, estimated income, and language.<br>• **Mobile contract data** such as prepaid or long term.<br>• **Mobile app usage data** about applications installed or accessed on a user's device and application events (such as in-app purchases).<br>• **Browsing activity** such as pages and offers viewed, clickstream data, and IP addresses.<br>• **Geolocation information** derived from sources such as GPS coordinates, Wi-Fi or cellular telephone tower connection locations.<br>• **Ad network requests** which may contain personal information about you depending on the nature of the request, such as demographic information, geolocation data, or the URL of the page you are browsing.<br>• **Any other information you provide** to our Clients (as defined in the section How is your personal information collected?), that our clients choose to have us store and process. |

| | |
|---|---|
| | **How is your personal information collected?**<br><br>We receive personal information from third parties that use our Products and Services to whom you have given your separate consent for collection, use and disclosure, whether directly or indirectly (collectively, our "**Clients**"). The initial collection is made by our Clients, who then transfer this information to us.<br><br>Our Clients fall into four non-exclusive categories:<br><br>• **Publishers**, such as owners of websites, mobile applications and other media properties that publish content or provide services online.<br>• **Advertisers**, such as brand owners and advertising agencies.<br>• **Ad Exchanges**, such as technology platforms that facilitate the buying and selling of media advertising inventory from multiple advertising networks.<br>• **Commerce Media,** such as operator of loyalty networks.<br><br>Our Clients use software-based tools, that we provide, to collect information from a variety of sources (e.g., through product web pages and mobile apps) in a format that can be used for our Products and Services. These tools collect individual device Advertising IDs, cookie identifiers, email addresses, referring URLs, user agent strings, and IP addresses and other information arising from your interactions with our Clients' websites and mobile apps. Our Clients deploy these tools directly into their own systems, and send the collected information to our systems for storage and processing. |
| (b) with the computer system, automatically generating and storing electronic indicia of an association between the first device identifier and an electronic identifier of a second device based on automatically recognizing that each of the first and second devices was connected, independently of the other, to a common local area network, wherein the computer system is connected to the | Optable, with the computer system, automatically generates and stores electronic indicia of the association between the first and second device identifiers based on automatically recognizing that each of the first and second devices was connected, independently of the other, to the common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network.<br><br>For example, a portion of Optable's Accused Instrumentalities (the Optable Platform, including but not limited to components such as the ID Graph) automatically generates and stores an indicia of an association between first and second device identifiers, e.g., browser cookie IDs, DSP cookie IDs, SSP cookie IDs, IDFAs, AAIDs, GAIDs, and/or RIDAs, based on automatically recognizing that the first and second devices were connected to a common |

| | |
|---|---|
| local area network through the Internet but is not in the local area network; and | local area network, e.g., by comparing IP addresses that the first and second devices used to connect to the Internet. The portion of Optable's Accused Instrumentalities that generates and stores indicia of the association is connected to the device user's local area network through the Internet, but is not in the local area network.<br><br>*See, e.g.*, evidence and analysis for claim limitation 1(a); https://web.archive.org/web/20240718225128/https://docs.optable.co/optable-documentation/dmp/reference/identifier-types:<br><br>**ID Graphs**<br><br>IDs can be linked together to indicate that they belong to the same person or household. An **identity (ID) graph** is a collection of linked IDs, and it can be constructed from a company's private data. Typically, a company's private identity graph will contain many clusters of linked IDs, with each cluster representing a person or household.<br><br>An ID graph enables your Optable DCN to perform automatic identity resolution. Identity resolution consists of resolving a specified identifier to a list of neighbouring identifiers associated with the same person.<br><br>**ID Encodings**<br><br>**Matchable ID Types**<br><br>The Optable DCN knows about the following types of **matchable** IDs, and expects each ID type's value to be encoded as specified: |

| Type | Expected Encoding |
| --- | --- |
| Email address | SHA256 hash of down-cased and space-trimmed address |
| Phone number | SHA256 hash of E.164 normalized phone number |
| Postal code | Down-cased alphanumeric value, special characters removed. Maximum 10 characters. |
| IPv4 address | Four period (.) separated octets, each of which contains a number from 0 to 255 |
| IPv6 address | Eight colon (:) separated segments, each of which contains 4 hexadecimal digits, down-cased |
| Apple IDFA | Down-cased alphanumeric value, including dashes if any |
| Google GAID | Down-cased alphanumeric value, including dashes if any |
| Roku RIDA | Down-cased alphanumeric value, including dashes if any |
| Samsung TV TIFA | Down-cased alphanumeric value, including dashes if any |
| Amazon Fire AFAI | Down-cased alphanumeric value, including dashes if any |
| NetID | Base64 web-safe encoded value with 70 characters (TPID) |
| ID5 | Down-cased alphanumeric value, prefixed by "ID5-" |
| Utiq | Down-cased alphanumeric value, including dashes if any |

| | |
|---|---|
| | ; https://www.optable.co/blog/how-can-identity-graphs-amplify-publisher-revenue: |

## Unifying Your Audience View: The Power of ID Graph

An identity graph, or ID Graph, merges data from various touchpoints to create a comprehensive customer view. This centralized dataset includes interconnected data from different channels, providing valuable insights into the audience and helping publishers recognize or infer who is on their website. For broadcasters and audio platforms, this means understanding your viewers' and listeners' behaviors across devices and connecting those insights back to the broader audience strategy.

Types of Identifiers that are commonly used in a unified customer graph:

1. **Individual IDs**
    1. Hashed Emails
    2. PII (name, email address, phone number)
    3. Customer IDs
    4. Cookies
    5. Audio ID
    6. MAIDs, GAIDs and IDFAs
    7. Universal IDs
2. **Household IDs**
    1. IP addresses
    2. CTV IDs
    3. ZIP code
    4. Device IDs




*Identifiers, their associated traits and events form interconnected clusters around individuals and households. The data is linked and matched in an ID Graph, providing rich insights about users across the digital and physical world.*

| | |
|---|---|
| | A variety of data sources could be used to build and optimize an ID Graph. The most essential sources include first-party audience data from CRMs, data warehouses, and other cloud-based customer platforms, as well as usage data collected from their owned properties through SDKs, streaming data collection, and other methods. For audio platforms and TV networks, data from streaming platforms, set-top boxes, and listener/viewer interactions can significantly enhance the accuracy of custom ID graphs.<br><br>Incorporating authenticated personally identifiable information (PII) makes the graph more accurate. The most common approach is to obtain consenting browsing data such as IP addresses and first-party cookies. However, publishers often partner with other identity data providers due to the limitations of collecting first-party data. The company can opt to collaborate with partners that provide identity data, alternative IDs, or licensed data for audience enrichment.<br><br>**Profit-Generating Use Cases That Optable's Identity Solutions Unlock for Publishers**<br><br>To demonstrate their value to ad partners, publishers must become experts in their audience data. An ID Graph helps publishers determine effective strategies and enhance their ad services. Let's delve into four illustrative use cases within Optable that can unleash effective data monetization strategies. |

| | |
|---|---|
| | ; https://www.optable.co/blog/why-do-publishers-need-a-purpose-built-identity-solution-for-monetization:<br><br>**Accurate Identification for Better Advertising**<br><br>Optable's ID Graph is an example of such an advanced solution, providing highly interoperable environment that unlocks many use cases within the sole platform such as audience segmentation, harnessing insights, audience activation, data collaboration, programmatic bidding with enriched IDs and Privacy Sandbox applications.<br><br>To construct an accurate and rich identity graph, Optable groups identities by running several critical operations during the resolving process:<br><br>• Auto-normalization to identify the type of ID and cleanse it. For example, spaces are removed from email data, and the format is adjusted according to the specific ID requirements.<br>• Deduplication and resolution across all IDs, including resolving IPs which CDPs usually do not do.<br>• Backend *hygiene* to prevent over-linkages or extra large clusters, ensuring accuracy and delivering precise targeting<br>• Setting up the numbers of associations to control bid enrichment application, which is not a use case in CDPs<br>• Configuring the shape and size of the graph. A larger scale implies lower accuracy, similar to look-a-like models. |




High-level architecture of Optable's ID Graph and its potential use cases within the platform.

| | |
|---|---|
| | **Different Data Types for Improved Identification: Deterministic And Probabilistic Identifiers**<br><br>ID graphs are not made the same. They can be built and scaled differently depending on the type of data matching used. There are two following ways to do that:<br><br>• The **deterministic** method of matching is based on data explicitly given to users; therefore, those are identifiers that are most certainly linked to the individual: names, emails, and telephone numbers provided by the person. This approach is more accurate, but it is harder to scale as these data are more challenging to acquire or enrich. The alternative solution for the publisher here is to use the existing first-party data networks of deterministic identifiers. Examples include Experian's LUID, TransUnion's TUID and LiveRamp's Ramp ID. While these centralized ID providers provide a strong foundation for creating an ID graph they oftentimes come with limitations on how they can be used and therefore should be thought of as part of our overall solution.<br><br>• The **probabilistic** method is a broader concept based on predicting user behavior and plausible events similar to those noted for similar IDs originating from identifiers on the household level. Probabilistic IDs are the product of analyzing and stitching different cross-channels and devices' data signals. The method is based on similarities and probabilities and, consequently, is not 100% accurate. However, one of its advantages includes the possibility of measuring a large number of probabilistic events and scaling the ID Graph faster. |

| | |
|---|---|
| | Companies like ID5 and Predactiv offer probabilistic IDs. These providers process signals such as device IDs, IP addresses, behavioral and contextual data to infer the person's identity and increase data matching rates.<br><br>These two methods created quite a buzz in the industry, arguing that deterministic matching is the right and only way to match data accurately. However, the answer lies in the golden balance, where two methods are combined in different proportions. Here, the publisher must find its own ratio between accuracy and scalability. |
| (c) with the computer system, based on the electronic indicia of the association between the first and second device identifiers, automatically sending an electronic transmission that causes another programmed hardware computer system to take an action, based on first electronic profile data associated with the first device identifier, with respect to the second device, which is indicated at the time of the action by the second device identifier. | Optable further, with the computer system, based on the electronic indicia of the association between the first and second device identifiers, automatically sends an electronic transmission that causes another programmed hardware computer system to take an action, based on first electronic profile data associated with the first device identifier, with respect to the second device, which is indicated at the time of the action by the second device identifier.<br><br>For example, a portion of Optable's Accused Instrumentalities (the Optable Platform, including but not limited to components such as the Extended IDs Switchboard, Edge Targeting API, ID Bridging, and ID Graph) use the association of device identifiers, to automatically send an electronic transmission (e.g., sending an Optable bridged SSP ID or DSP ID for the particular visitor to an Optable client – *see* https://web.archive.org/web/20241210183123/https://docs.optable.co/optable-documentation/admin/eids-switchboard; https://www.optable.co/blog/what-is-id-bridging - including but not limited to browser cookie IDs (such as DSP cookie IDs, SSP cookie IDs), MAIDs (such as IDFAs, AAIDs), and/or device IDs (such as RIDAs) bridged by Optable) that causes another programmed computer system, e.g., an ad exchange or DSP or advertiser, to target ads, e.g., by responding to a bid request for display of an advertisement on the second device based on profile data associated with a first device identifier.<br><br>*See, e.g.*, evidence and analysis for claim limitation 1(a)-(b); https://www.optable.co/blog/how-can-identity-graphs-amplify-publisher-revenue: |

| | |
|---|---|
| | The process of stitching first-party identifiers and signals from other data partners into ID Graph is also referred to as ID Bridging. It helps publishers increase the value of their inventory for buyers on programmatic platforms by increasing the amount of IDs they can share with their demand partners for a specific visitor. Sending the enriched bid request with additional identifiers allows publishers to increase the addressability of their audience to the marketers. The outcome for sellers will be growth in bid density and an increase in programmatic yield.<br><br>When proposing this solution to publishers, Optable prioritizes transparency to ensure our customers have full visibility and the ability to choose which identifiers and data signals are used. Optable also recommends that publishers work with their demand partners to determine exactly how IDs can be used. ID Bridging can be an efficient data monetization strategy for media companies, bringing sustainable revenue growth from building durable audiences and selling valuable ad space to advertisers in the post-cookies era.<br><br>; https://www.optable.co/blog/what-is-id-bridging:<br><br>At Optable we work under a SaaS model, prioritizing transparency with our clients to ensure that agreed-upon identifiers are used in ID Bridging. This approach provides publishers with visibility, control, and the ability to test & optimize different ID providers & datasets to determine the most effective solution for their inventory. On our platform, teams can complete their dataset with identifiers including Universal ID 2.0, Criteo ID and Ramp ID and leverage hashed data from providers such as Experian, True Data, and ID5. |

| | |
|---|---|
| | ; https://web.archive.org/web/20241210183123/https://docs.optable.co/optable-documentation/admin/eids-switchboard:<br><br>**EIDs Switchboard**<br><br>Resolve ad requests data to demand side identifiers in real-time with the data in your ID graph<br><br>**What is the EIDs Switchboard?**<br><br>The *Extended IDs (EIDs) Switchboard* enables publishers to configure, enable, and disable various extended user identifiers based on directly identifying user information such as a hashed email address or phone number.<br><br>In a typical deployment, publishers initiate calls to the Optable *Edge Targeting API* from their websites and applications. The *Edge Targeting API* uses one or more publisher-supplied *lookup IDs* (e.g., PPID, ID5 ID, IP, or any supported identifier type) to resolve associated user identity cluster data from the ID graph that the publisher has assembled in their DCN. Based on the configuration in Switchboard, selected identifiers linked to the supplied *lookup IDs* are returned by the API to the caller. Additionally, demand side EIDs (e.g., UID 2.0, Yahoo Connect ID, Criteo HEM Encryption API, etc.) that have been enabled in Switchboard are automatically resolved -- using email and phone identifier data associated with the publisher's *lookup IDs* -- and are returned to the caller. The caller can then enrich ad requests with additional identifiers to holistically improve demand-side addressability and measurement. |

| | |
|---|---|
| | **Why use the EIDs Switchboard?**<br><br>Switchboard enables real-time publisher-side identity resolution and activation into the OpenRTB bid stream. For advertisers, identity resolution with publisher data enables user-level addressability and measurement across a plethora of demand platforms, based on *known user* identity systems, like hashed email addresses and phone numbers.<br><br>For publishers, Switchboard provides a simple workflow enabling customizable identity resolution which ultimately improves ad yields associated with *known users*. In particular, the server-side resolution of identity tokens (EIDs) built into Optable removes the need for publishers to send hashed PII to client browsers, thus improving data security by reducing sensitive information leakage.<br><br>**Which EIDs are currently supported?**<br><br>The currently supported extended identifiers are listed below, along with requirements associated with their enablement, and their required configuration fields.<br><br>**Publisher PAIR ID**<br><br>IAB Tech Lab PAIR is an open protocol for matching and targeting using sensitive first-party data such as email addresses in a secure and privacy protected way. Using PAIR, publisher and advertiser clean rooms can match privately encrypted email addresses, and the advertiser can target ads to the overlapping users without either party learning which individual users are in the overlap. The publisher PAIR secret key and shared salt are managed and automatically rotated by your Optable DCN and PAIR clean rooms can be configured in Optable Collaborate. Publisher PAIR IDs are encrypted from salted and hashed emails resolved by the Edge Targeting API.<br><br>You can enable or disable publisher PAIR ID resolution at any time. |

**Unified ID 2.0**

Unified ID 2.0 is an open-source identity solution built for the open internet. UID 2.0 leverages encrypted email and phone number data to provide a privacy-conscious, secure, and accurate identity standard for the entire digital advertising ecosystem. Optable is a private UID 2.0 operator that enables low latency and high throughput deployments of UID 2.0 in both client and server side environments. UID 2.0 Tokens are encrypted from hashed emails or phone numbers resolved by the Edge Targeting API.

To enable UID 2.0 resolution you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with UID 2.0 token deployment. Upon approval you will be able to enable or disable UID 2.0 token resolution at any time.

**Yahoo Connect ID**

Yahoo Connect ID is a privacy-centric solution to bridge the identity gap while continuing to generate revenue for publishers amidst the changes in signal loss and privacy regulations due to the ongoing evolution of the identity landscape. Yahoo Connect IDs are returned from hashed emails resolved by the Edge Targeting API.

To enable Yahoo Connect ID resolution you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with Yahoo Connect ID deployment. Upon approval you will be able to enable or disable Yahoo Connect ID resolution at any time. To enable Yahoo Connect ID resolution, you will need to configure a valid Yahoo Connect **publisher ID, client ID**, and **client secret**. To obtain the latter please see the *Obtain Yahoo Credentials* section in the Yahoo Connect ID documentation.

| | |
|---|---|
| | **Criteo HEM Encryption API**<br><br>Criteo is a leading commerce media platform enabling advertisers, retailers, and publishers to activate and monetize audiences everywhere shoppable moments happens. Criteo's HEM Encryption API is used to encrypt hashed emails resolved by the Edge Targeting API.<br><br>To enable Criteo HEM Encryption API, you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with deployment. Upon approval you will be able to enable or disable Criteo HEM Encryption API resolution at any time.<br><br>**Epsilon PubLink ID**<br><br>Epsilon is a leading provider of data, technology and services for marketers to understand consumers, engage them with one-to-one marketing and learn from each interaction. Epsilon's PubLink IDs are returned from hashed emails resolved by the Edge Targeting API.<br><br>To enable Epsilon PubLink ID resolution you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with Epsilon PubLink deployment. Upon approval you will be able to enable or disable Epsilon PubLink resolution at any time. To enable Epsilon PubLink resolution, you will need to configure a valid Epsilon **API key**. |

**Custom**

Any of the identifiers you've configured in your Optable DCN can be resolved and returned by the Edge Targeting API.

The *Optable EIDs* tile in the Switchboard UI enables you to select and return any identifiers that are part of the ID graph assembled in your DCN, and that are linked to the *lookup ID(s)* that you supplied in your call to the *Edge Targeting API*. This includes custom identifiers stored in your ID graph.

; https://www.optable.co/partners:



; https://www.optable.co/platform-identity:

“Optable empowers Raptive with ID Bridging. It is an important capability in our toolset, as identifiers are less accessible across our ecosystem. As a true SaaS provider, Optable gives us the controls we need across various sources of identity and transparently helps us test and optimize our addressability in cookieless environments. Working with Optable has helped us to scale and refine this practice across our large network of sites.”

**Paul Bannister**
Chief Strategy Officer, Raptive

Raptive

; https://www.optable.co/platform-identity:




; https://www.optable.co/blog/how-can-identity-graphs-amplify-publisher-revenue:

## Unifying Your Audience View: The Power of ID Graph

An identity graph, or ID Graph, merges data from various touchpoints to create a comprehensive customer view. This centralized dataset includes interconnected data from different channels, providing valuable insights into the audience and helping publishers recognize or infer who is on their website. For broadcasters and audio platforms, this means understanding your viewers' and listeners' behaviors across devices and connecting those insights back to the broader audience strategy.

Types of Identifiers that are commonly used in a unified customer graph:

| | |
|---|---|
| | 1. **Individual IDs**<br>1. Hashed Emails<br>2. PII (name, email address, phone number)<br>3. Customer IDs<br>4. Cookies<br>5. Audio ID<br>6. MAIDs, GAIDs and IDFAs<br>7. Universal IDs<br><br>2. **Household IDs**<br>1. IP addresses<br>2. CTV IDs<br>3. ZIP code<br>4. Device IDs |

| | |
|---|---|
| |   *Identifiers, their associated traits and events form interconnected clusters around individuals and households. The data is linked and matched in an ID Graph, providing rich insights about users across the digital and physical world.* |

| | |
|---|---|
| | A variety of data sources could be used to build and optimize an ID Graph. The most essential sources include first-party audience data from CRMs, data warehouses, and other cloud-based customer platforms, as well as usage data collected from their owned properties through SDKs, streaming data collection, and other methods. For audio platforms and TV networks, data from streaming platforms, set-top boxes, and listener/viewer interactions can significantly enhance the accuracy of custom ID graphs.<br><br>Incorporating authenticated personally identifiable information (PII) makes the graph more accurate. The most common approach is to obtain consenting browsing data such as IP addresses and first-party cookies. However, publishers often partner with other identity data providers due to the limitations of collecting first-party data. The company can opt to collaborate with partners that provide identity data, alternative IDs, or licensed data for audience enrichment. |

## Profit-Generating Use Cases That Optable's Identity Solutions Unlock for Publishers

To demonstrate their value to ad partners, publishers must become experts in their audience data. An ID Graph helps publishers determine effective strategies and enhance their ad services. Let's delve into four illustrative use cases within Optable that can unleash effective data monetization strategies.



### 1. Unlock revenue by using ID Graph in activation of segmented audiences

Signals come from many places. Merging them simultaneously in real time is challenging for most datasets, but not for a purpose-built ID Graph. Graphs allow publishers to update and expand centralized data from multiple locations. This empowers ad sales and data teams to categorize specific user segments and differentiate their audience across all available sources for targeted advertising.

Insights from segmenting help publishers define unique audiences and communicate their value to advertising partners and make informed data strategy decisions, including planning and activation. Segmentation within a comprehensive ID Graph becomes a game-changer for audience activation. For audio platforms and TV networks, segmenting based on listening or viewing patterns can offer precise targeting opportunities, whether through direct ad placements or programmatic buys.

Publishers should seek interoperability within their ID Graph to make activation seamless and hassle-free. This allows to onboard specific customer clusters to ad platforms. For digital publishers, this means activating audiences directly on websites through SDKs or integrating with ad servers. Consider it as a secret recipe on how to reduce the tech stack and to make the life of your data teams a bit easier. In Optable's highly interoperable environment, publishers can seamlesslyl activate custom audiences with all of the mentioned options, enhancing marketing campaigns and helping partners achieve their goals. Read our article on interoperability to revisit its importance.

### 2. Use ID Graphs to boost partnerships through data collaboration

Over the past few years, publishers started increasingly adopting data collaboration to work with their advertising partners in a privacy-protected way to build & activate data-driven campaigns. The key to effective data collaboration is the use of first-party data. Publishers who have invested in strong identity graphs for their first-party data will create efficiencies in segmenting and creating new audiences, grow their partnerships by sharing deep insights with advertising partners, and maximize their match rates and addressability.

Based on first-party data, data collaboration is a robust tool that drives highly accurate and high-performing advertising, generating profits for all involved parties. Optable as a data collaboration platform amplifies the collaboration capability with the custom-built ID Graphs, analyzing user data before and after matching. Publishers can explore this alternative to create new revenue streams amidst industry shifts.

| | |
|---|---|
| | **3. Maximize the revenue from programmatic deals with ID Bridging**<br><br>The process of stitching first-party identifiers and signals from other data partners into ID Graph is also referred to as ID Bridging. It helps publishers increase the value of their inventory for buyers on programmatic platforms by increasing the amount of IDs they can share with their demand partners for a specific visitor. Sending the enriched bid request with additional identifiers allows publishers to increase the addressability of their audience to the marketers. The outcome for sellers will be growth in bid density and an increase in programmatic yield.<br><br>When proposing this solution to publishers, Optable prioritizes transparency to ensure our customers have full visibility and the ability to choose which identifiers and data signals are used. Optable also recommends that publishers work with their demand partners to determine exactly how IDs can be used. ID Bridging can be an efficient data monetization strategy for media companies, bringing sustainable revenue growth from building durable audiences and selling valuable ad space to advertisers in the post-cookies era. |

| Claim 13 | Optable Indirect Infringement |
|---|---|
| 13. A method implemented using a programmed hardware computer system, the method comprising: | To the extent the preamble is limiting, a DSP utilizing IDs provided in a bid request provided by (or derived from IDs provided by) Optable performs a method implemented using a programmed hardware computer system.<br><br>*See, e.g.*, evidence and analysis for claim limitations 13 (a)-(b) below.<br><br>Optable induces infringement under 35 U.S.C. § 271(b) by providing the Optable Platform including but not limited to components such as the Extended IDs Switchboard, Edge Targeting API, ID Bridging, ID Graph services (collectively, "the Accused Instrumentalities"), which are sold and specifically configured to infringe the asserted claims, to Optable customers and partners in the United States, such as, e.g., Optable header |

| | |
|---|---|
| | bidding partners, DSP partners, or SSP partners. Optable actively instructs and encourages its customers and partners on how to use the Accused Instrumentalities. When used as instructed, Optable customers and partners use these instrumentalities to practice the method of claim 13 of the '398 patent and directly infringe the asserted claims. Optable specifically intends that its actions will result in infringement of the asserted claims of the '398 patent or subjectively believes that its actions will result in infringement of the asserted claims, but took deliberate actions to avoid learning of the facts.<br><br>Optable also contributes to infringement under 35 U.S.C. § 271(c) by providing the Accused Instrumentalities, which embody a material part of the claimed invention of the '398 patent, are known by Optable to be specifically made or adapted for use in an infringing manner, and there is no substantial non-infringing use to Optable's provision of linkages of identifiers based on recognizing that the devices using those identifiers connected to the Internet via a common LAN. |
| (a) based on first electronic profile data associated with an electronic identifier of a first device, automatically causing, with the computer system, an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier; | A DSP utilizing IDs provided in a bid request provided by (or derived from IDs provided by) Optable, with the computer system, automatically causes an action to be taken with respect to a second device that is indicated at the time of the action by an electronic identifier electronically associated with the first device identifier, based on first electronic profile data associated with an electronic identifier of a first device.<br><br>For example, DSPs use the first electronic profile data associated with an electronic identifier of a first device (e.g., a browser cookie ID, DSP cookie ID, SSP cookie ID, IDFA, AAID, GAID, RIDA, and/or first-party cookie associated with a particular device), to automatically cause an action (e.g., direction of a targeted advertisement as a result of submission of a winning bid response) to be taken with respect to a second device that is indicated at the time of the advertisement or conversion by an electronic identifier electronically associated with the first device identifier, such as, e.g., a device within the same household.<br><br>*See, e.g.*, evidence and analysis for claim limitation 1(a)-(c); https://adalytics.io/blog/user-id-rotation: |


Valid DSP & SSP User ID Sync Flow
Media buyer targets ads against a home & gardening audience segment
User
User ID: ABC123
User Visits Gardening Site
User associated with 'gardening' cookie segment & assigned an ID
SSP sends User ID to DSP, which decides to bid based on the SSP declared user ID matching with a corresponding ID in the DSP segment
SSP Declared User ID ABC123
User ID Match
Browser Declared User ID ABC123
User visits a different website
User ID is sent from user's browser to SSP
Supply Side platform matches targeted segment to requisite home & gardening user id on publisher site
User is served a home & gardening audience targeted ad

| | |
|---|---|
| | ; https://iabtechlab.com/wp-content/uploads/2022/04/OpenRTB-2-6_FINAL.pdf: |

The following table summarizes the objects in the Bid Request model and serves as an index into the detailed definitions in the subsections that follow.

| Object | Section | Description |
|---|---|---|
| BidRequest | 3.2.1 | Top-level object. |
| Source | 3.2.2 | Request source details on post-auction decisioning (e.g., header bidding). |
| Regs | 3.2.3 | Regulatory conditions in effect for all impressions in this bid request. |
| Imp | 3.2.4 | Container for the description of a specific impression; at least 1 per request. |
| Metric | 3.2.5 | A quantifiable often historical data point about an impression. |
| Banner | 3.2.6 | Details for a banner impression (incl. in-banner video) or video companion ad. |
| Video | 3.2.7 | Details for a video impression. |
| Audio | 3.2.8 | Container for an audio impression. |
| Native | 3.2.9 | Container for a native impression conforming to the Dynamic Native Ads API. |
| Format | 3.2.10 | An allowed size of a banner. |
| Pmp | 3.2.11 | Collection of private marketplace (PMP) deals applicable to this impression. |
| Deal | 3.2.12 | Deal terms pertaining to this impression between a seller and buyer. |
| Site | 3.2.13 | Details of the website calling for the impression. |
| App | 3.2.14 | Details of the application calling for the impression. |
| Publisher | 3.2.15 | Entity that controls the content of and distributes the site or app. |
| Content | 3.2.16 | Details about the published content itself, within which the ad will be shown. |
| Producer | 3.2.17 | Producer of the content; not necessarily the publisher (e.g., syndication). |
| Device | 3.2.18 | Details of the device on which the content and impressions are displayed. |
| Geo | 3.2.19 | Location of the device or user's home base depending on the parent object. |
| User | 3.2.20 | Human user of the device; audience for advertising. |
| Data | 3.2.21 | Collection of additional user targeting data from a specific data source. |
| Segment | 3.2.22 | Specific data point about a user from a specific data source. |
| Network | 3.2.23 | Network on which an ad will be displayed. |
| Channel | 3.2.24 | Channel on which an ad will be displayed. |
| SupplyChain | 3.2.25 | Chain of nodes from beginning to end representing the entities involved in the direct flow of payment for inventory. |
| SupplyChainNode | 3.2.26 | Nodes defining the identity of an entity participating in the supply chain of a bid request. |
| EIDs | 3.2.27 | Extended identifiers support |
| UIDs | 3.2.28 | Extended identifier user id support |
| UserAgent | 3.2.29 | Structured user agent information |

| | |
|---|---|
| | ; https://adalytics.io/blog/user-id-rotation:<br>In programmatic advertising, vendors utilize user IDs to build audience profiles and decide how to serve targeted ads. For example, a user with a given user ID might frequent a lot of gardening websites, and consequently, when ad tech vendors "see" that specific user ID, the vendors serve ads to that user ID from advertisers who are promoting gardening tools.<br><br>Some user IDs can elicit higher bids from ad tech vendors on behalf of media buyers. For example, a user ID that is thought to be associated with a doctor may elicit very high bid prices from DSPs which are trying to serve ads to healthcare providers on behalf of pharmaceutical brands.<br><br>; https://help.smartadserver.com/articles/Knowledge/Extended-User-Identification:<br><br>**Overview**<br><br>User identification across the inventory chain from Supply to Demand is critical to allow for targeting (audience targeting, retargeting etc.), frequency capping and other features.<br>Traditionally, user identification across the programmatic ecosystems is done by each player dropping a cookie with a unique user id and then synching this id with all other players in the ecosystem.<br>Since third party cookie based user identification is increasingly blocked by browsers, new providers and initiatives have emerged to allow for cookieless and universal user identification. This article explains Equativ's support of these providers.<br><br>**Equativ's extended Ids (eids) support**<br><br>To embrace the cookieless user identification era, Equativ follows the Extended Identifiers (eids) specification (see IAB OpenRTB 3.0 specification and IAB AdCOM v1.0 specification). Extended Ids are sometimes referred to as "alternative Ids".<br><br>At this time, Equativ supports extended Ids as follows:<br>• publishers can sign up with a supported user identification provider and send the user Ids in ad calls to Equativ's system; see list of supported providers below in chapter "Logging"<br>• Equativ logs the presence of a user Id from a supported provider in the ad call and makes it available in the Reporting API as an additional dimension; extended Id statistics are not yet available in the Equativ Monetization Platform<br>• Smart forwards all `eids` received in the ad calls to the DSPs in the bid requests<br><br>Optable, using the Accused Instrumentalities, induces the infringing DSP to "automatically caus[e], with the computer system, [the] action to be taken with respect to a second device," because the DSP's bid response is based on first electronic profile data associated with the identifier included in the bid request. Before or during the transmission of the bid request, Optable sends its header bidding partner, SSP partner, or DSP partner an Optable bridged SSP ID or DSP ID to be included in the bid request for the particular visitor. *See, e.g.*, https://www.optable.co/blog/how-can-identity-graphs-amplify-publisher-revenue: |

| | |
|---|---|
| | The process of stitching first-party identifiers and signals from other data partners into ID Graph is also referred to as ID Bridging. It helps publishers increase the value of their inventory for buyers on programmatic platforms by increasing the amount of IDs they can share with their demand partners for a specific visitor. Sending the enriched bid request with additional identifiers allows publishers to increase the addressability of their audience to the marketers. The outcome for sellers will be growth in bid density and an increase in programmatic yield.<br><br>When proposing this solution to publishers, Optable prioritizes transparency to ensure our customers have full visibility and the ability to choose which identifiers and data signals are used. Optable also recommends that publishers work with their demand partners to determine exactly how IDs can be used. ID Bridging can be an efficient data monetization strategy for media companies, bringing sustainable revenue growth from building durable audiences and selling valuable ad space to advertisers in the post-cookies era.<br><br>; https://www.optable.co/blog/what-is-id-bridging:<br><br>At Optable we work under a SaaS model, prioritizing transparency with our clients to ensure that agreed-upon identifiers are used in ID Bridging. This approach provides publishers with visibility, control, and the ability to test & optimize different ID providers & datasets to determine the most effective solution for their inventory. On our platform, teams can complete their dataset with identifiers including Universal ID 2.0, Criteo ID and Ramp ID and leverage hashed data from providers such as Experian, True Data, and ID5. |

| | |
|---|---|
| | ; https://web.archive.org/web/20241210183123/https://docs.optable.co/optable-documentation/admin/eids-switchboard:<br><br>**EIDs Switchboard**<br><br>Resolve ad requests data to demand side identifiers in real-time with the data in your ID graph<br><br>**What is the EIDs Switchboard?**<br><br>The *Extended IDs (EIDs) Switchboard* enables publishers to configure, enable, and disable various extended user identifiers based on directly identifying user information such as a hashed email address or phone number.<br><br>In a typical deployment, publishers initiate calls to the Optable *Edge Targeting API* from their websites and applications. The *Edge Targeting API* uses one or more publisher-supplied *lookup IDs* (e.g., PPID, ID5 ID, IP, or any supported identifier type) to resolve associated user identity cluster data from the ID graph that the publisher has assembled in their DCN. Based on the configuration in Switchboard, selected identifiers linked to the supplied *lookup IDs* are returned by the API to the caller. Additionally, demand side EIDs (e.g., UID 2.0, Yahoo Connect ID, Criteo HEM Encryption API, etc.) that have been enabled in Switchboard are automatically resolved -- using email and phone identifier data associated with the publisher's *lookup IDs* -- and are returned to the caller. The caller can then enrich ad requests with additional identifiers to holistically improve demand-side addressability and measurement. |

| | |
|---|---|
| | ## Why use the EIDs Switchboard?<br><br>Switchboard enables real-time publisher-side identity resolution and activation into the OpenRTB bid stream. For advertisers, identity resolution with publisher data enables user-level addressability and measurement across a plethora of demand platforms, based on *known user* identity systems, like hashed email addresses and phone numbers.<br><br>For publishers, Switchboard provides a simple workflow enabling customizable identity resolution which ultimately improves ad yields associated with *known users*. In particular, the server-side resolution of identity tokens (EIDs) built into Optable removes the need for publishers to send hashed PII to client browsers, thus improving data security by reducing sensitive information leakage.<br><br>## Which EIDs are currently supported?<br><br>The currently supported extended identifiers are listed below, along with requirements associated with their enablement, and their required configuration fields.<br><br>**Publisher PAIR ID**<br><br>IAB Tech Lab PAIR is an open protocol for matching and targeting using sensitive first-party data such as email addresses in a secure and privacy protected way. Using PAIR, publisher and advertiser clean rooms can match privately encrypted email addresses, and the advertiser can target ads to the overlapping users without either party learning which individual users are in the overlap. The publisher PAIR secret key and shared salt are managed and automatically rotated by your Optable DCN and PAIR clean rooms can be configured in Optable Collaborate. Publisher PAIR IDs are encrypted from salted and hashed emails resolved by the Edge Targeting API.<br><br>You can enable or disable publisher PAIR ID resolution at any time. |

| | |
|---|---|
| | **Unified ID 2.0**<br><br>Unified ID 2.0 is an open-source identity solution built for the open internet. UID 2.0 leverages encrypted email and phone number data to provide a privacy-conscious, secure, and accurate identity standard for the entire digital advertising ecosystem. Optable is a private UID 2.0 operator that enables low latency and high throughput deployments of UID 2.0 in both client and server side environments. UID 2.0 Tokens are encrypted from hashed emails or phone numbers resolved by the Edge Targeting API.<br><br>To enable UID 2.0 resolution you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with UID 2.0 token deployment. Upon approval you will be able to enable or disable UID 2.0 token resolution at any time.<br><br>**Yahoo Connect ID**<br><br>Yahoo Connect ID is a privacy-centric solution to bridge the identity gap while continuing to generate revenue for publishers amidst the changes in signal loss and privacy regulations due to the ongoing evolution of the identity landscape. Yahoo Connect IDs are returned from hashed emails resolved by the Edge Targeting API.<br><br>To enable Yahoo Connect ID resolution you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with Yahoo Connect ID deployment. Upon approval you will be able to enable or disable Yahoo Connect ID resolution at any time. To enable Yahoo Connect ID resolution, you will need to configure a valid Yahoo Connect **publisher ID, client ID**, and **client secret**. To obtain the latter please see the *Obtain Yahoo Credentials* section in the Yahoo Connect ID documentation. |

| | |
|---|---|
| | **Criteo HEM Encryption API**<br><br>Criteo is a leading commerce media platform enabling advertisers, retailers, and publishers to activate and monetize audiences everywhere shoppable moments happens. Criteo's HEM Encryption API is used to encrypt hashed emails resolved by the Edge Targeting API.<br><br>To enable Criteo HEM Encryption API, you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with deployment. Upon approval you will be able to enable or disable Criteo HEM Encryption API resolution at any time.<br><br>**Epsilon PubLink ID**<br><br>Epsilon is a leading provider of data, technology and services for marketers to understand consumers, engage them with one-to-one marketing and learn from each interaction. Epsilon's PubLink IDs are returned from hashed emails resolved by the Edge Targeting API.<br><br>To enable Epsilon PubLink ID resolution you must first click to request approval. Once you have made the request, your Optable account representative will contact you to perform a data review and ensure that you have accepted the additional terms associated with Epsilon PubLink deployment. Upon approval you will be able to enable or disable Epsilon PubLink resolution at any time. To enable Epsilon PubLink resolution, you will need to configure a valid Epsilon **API key**. |

**Custom**

Any of the identifiers you've configured in your Optable DCN can be resolved and returned by the Edge Targeting API.

The *Optable EIDs* tile in the Switchboard UI enables you to select and return any identifiers that are part of the ID graph assembled in your DCN, and that are linked to the *lookup ID(s)* that you supplied in your call to the *Edge Targeting API*. This includes custom identifiers stored in your ID graph.

; https://www.optable.co/partners:



; https://www.optable.co/platform-identity:

"Optable empowers Raptive with ID Bridging. It is an important capability in our toolset, as identifiers are less accessible across our ecosystem. As a true SaaS provider, Optable gives us the controls we need across various sources of identity and transparently helps us test and optimize our addressability in cookieless environments. Working with Optable has helped us to scale and refine this practice across our large network of sites."

**Paul Bannister**
Chief Strategy Officer, Raptive

Raptive

| | |
|---|---|
| | ; https://www.optable.co/platform-identity:<br><br> |
| (b) wherein the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network. | In the infringement practiced by a DSP utilizing IDs provided in a bid request provided by (or derived from IDs provided by) Optable, the electronic association between the first and second device identifiers is based on connection, before the action, of each of the first and second devices, independently of the other, to a common local area network, wherein the computer system is connected to the local area network through the Internet but is not in the local area network.<br><br>For example, the electronic association between the first and second device identifiers is based on connection, before the advertisement or conversion, of each of the first and second devices, independently of the other, to a common local area network, e.g., by comparing IP addresses that the first and second devices used to connect to the Internet. The Optable's computer system is connected to the local area network through the Internet but is not in the local area network, because Optable do not reside in the same LAN as the devices to which they provide advertisements. *See, e.g.*, evidence and analysis for claim limitation 13(a); https://iabtechlab.com/id-generation-provenance-and-clarification/: |

| | |
|---|---|
| | In the world of web browsers, many, especially on the buy-side, understand the buyeruid to be the product of a process traditionally called a cookie sync. Here's a common example: an SSP holds the relationship between their user IDs and DSPs user IDs. The SSP knows that ssp_cookie_id: 123 is "mapped" to dsp_cookie_id: abc. This mapping is usually created and stored in a process adjacent to RTB transactions called – you guessed it – cookie syncing.<br><br>In an RTB transaction, this enables the SSP to observe their own user ID cookie (ssp_cookie_id in our example) and then perform a real-time lookup to determine the DSP's preferred ID (dsp_cookie_id), which was set during a previous cookie sync operation. The SSP then inserts that value in the 'buyeruid' attribute of bid request for the given DSP. The DSP then uses this cookie ID (the DSP's preferred ID) for targeting, frequency capping, and attribution. In cookieless environments like Safari, CTV, or iOS, the process laid out above is not possible (as there are no cookies!), so other mechanisms to identify the user are used. The output could be various tokens or signals – it could be a hashed email, an inferred cookie or device ID, or other device-level signals like IP address.<br><br>Optable induces infringement because the identifier (e.g., the Optable bridged SSP ID or DSP ID, including but not limited to a browser cookie ID, DSP cookie ID, SSP cookie ID, IDFA, AAID, GAID, RIDA, and/or first-party cookie associated with a particular device) for the particular visitor that Optable links to another device is used by the computer system performing the claimed method (e.g., a DSP's computer system) is generated based on connection, before the advertisement or conversion, of each of the first and second devices, independently of the other, to a common local area network, e.g., by Optable's comparison of IP addresses that the first and second devices used to connect to the Internet. *See, e.g.*, evidence and analysis for claim limitation 1(b); https://web.archive.org/web/20240718225128/https://docs.optable.co/optable-documentation/dmp/reference/identifier-types: |

| | |
|---|---|
| | **ID Graphs**<br><br>IDs can be linked together to indicate that they belong to the same person or household. An **identity (ID) graph** is a collection of linked IDs, and it can be constructed from a company's private data. Typically, a company's private identity graph will contain many clusters of linked IDs, with each cluster representing a person or household.<br><br>An ID graph enables your Optable DCN to perform automatic identity resolution. Identity resolution consists of resolving a specified identifier to a list of neighbouring identifiers associated with the same person.<br><br>**ID Encodings**<br><br>**Matchable ID Types**<br><br>The Optable DCN knows about the following types of **matchable** IDs, and expects each ID type's value to be encoded as specified: |

| | |
|---|---|
| | <table><tr><th>Type</th><th>Expected Encoding</th></tr><tr><td>Email address</td><td>SHA256 hash of down-cased and space-trimmed address</td></tr><tr><td>Phone number</td><td>SHA256 hash of E.164 normalized phone number</td></tr><tr><td>Postal code</td><td>Down-cased alphanumeric value, special characters removed. Maximum 10 characters.</td></tr><tr><td>IPv4 address</td><td>Four period (.) separated octets, each of which contains a number from 0 to 255</td></tr><tr><td>IPv6 address</td><td>Eight colon (:) separated segments, each of which contains 4 hexadecimal digits, down-cased</td></tr><tr><td>Apple IDFA</td><td>Down-cased alphanumeric value, including dashes if any</td></tr><tr><td>Google GAID</td><td>Down-cased alphanumeric value, including dashes if any</td></tr><tr><td>Roku RIDA</td><td>Down-cased alphanumeric value, including dashes if any</td></tr><tr><td>Samsung TV TIFA</td><td>Down-cased alphanumeric value, including dashes if any</td></tr><tr><td>Amazon Fire AFAI</td><td>Down-cased alphanumeric value, including dashes if any</td></tr><tr><td>NetID</td><td>Base64 web-safe encoded value with 70 characters (TPID)</td></tr><tr><td>ID5</td><td>Down-cased alphanumeric value, prefixed by "ID5-"</td></tr><tr><td>Utiq</td><td>Down-cased alphanumeric value, including dashes if any</td></tr></table> |

| | |
|---|---|
| | ; https://www.optable.co/blog/why-do-publishers-need-a-purpose-built-identity-solution-for-monetization:<br><br>**Accurate Identification for Better Advertising**<br><br>Optable's ID Graph is an example of such an advanced solution, providing highly interoperable environment that unlocks many use cases within the sole platform such as audience segmentation, harnessing insights, audience activation, data collaboration, programmatic bidding with enriched IDs and Privacy Sandbox applications.<br><br>To construct an accurate and rich identity graph, Optable groups identities by running several critical operations during the resolving process:<br><br>• Auto-normalization to identify the type of ID and cleanse it. For example, spaces are removed from email data, and the format is adjusted according to the specific ID requirements.<br>• Deduplication and resolution across all IDs, including resolving IPs which CDPs usually do not do.<br>• Backend *hygiene* to prevent over-linkages or extra large clusters, ensuring accuracy and delivering precise targeting<br>• Setting up the numbers of associations to control bid enrichment application, which is not a use case in CDPs<br>• Configuring the shape and size of the graph. A larger scale implies lower accuracy, similar to look-a-like models. |




High-level architecture of Optable's ID Graph and its potential use cases within the platform.

| | |
|---|---|
| | **Different Data Types for Improved Identification: Deterministic And Probabilistic Identifiers**<br><br>ID graphs are not made the same. They can be built and scaled differently depending on the type of data matching used. There are two following ways to do that:<br><br>• The **deterministic** method of matching is based on data explicitly given to users; therefore, those are identifiers that are most certainly linked to the individual: names, emails, and telephone numbers provided by the person. This approach is more accurate, but it is harder to scale as these data are more challenging to acquire or enrich. The alternative solution for the publisher here is to use the existing first-party data networks of deterministic identifiers. Examples include Experian's LUID, TransUnion's TUID and LiveRamp's Ramp ID. While these centralized ID providers provide a strong foundation for creating an ID graph they oftentimes come with limitations on how they can be used and therefore should be thought of as part of our overall solution.<br><br>• The **probabilistic** method is a broader concept based on predicting user behavior and plausible events similar to those noted for similar IDs originating from identifiers on the household level. Probabilistic IDs are the product of analyzing and stitching different cross-channels and devices' data signals. The method is based on similarities and probabilities and, consequently, is not 100% accurate. However, one of its advantages includes the possibility of measuring a large number of probabilistic events and scaling the ID Graph faster. |

| | |
|---|---|
| | Companies like ID5 and Predactiv offer probabilistic IDs. These providers process signals such as device IDs, IP addresses, behavioral and contextual data to infer the person's identity and increase data matching rates.<br><br>These two methods created quite a buzz in the industry, arguing that deterministic matching is the right and only way to match data accurately. However, the answer lies in the golden balance, where two methods are combined in different proportions. Here, the publisher must find its own ratio between accuracy and scalability.<br><br>; https://www.optable.co/blog/how-can-identity-graphs-amplify-publisher-revenue:<br><br>**Unifying Your Audience View: The Power of ID Graph**<br><br>An identity graph, or ID Graph, merges data from various touchpoints to create a comprehensive customer view. This centralized dataset includes interconnected data from different channels, providing valuable insights into the audience and helping publishers recognize or infer who is on their website. For broadcasters and audio platforms, this means understanding your viewers' and listeners' behaviors across devices and connecting those insights back to the broader audience strategy.<br><br>Types of Identifiers that are commonly used in a unified customer graph: |

| | |
|---|---|
| | 1. **Individual IDs**<br>1. Hashed Emails<br>2. PII (name, email address, phone number)<br>3. Customer IDs<br>4. Cookies<br>5. Audio ID<br>6. MAIDs, GAIDs and IDFAs<br>7. Universal IDs<br><br>2. **Household IDs**<br>1. IP addresses<br>2. CTV IDs<br>3. ZIP code<br>4. Device IDs |




*Identifiers, their associated traits and events form interconnected clusters around individuals and households. The data is linked and matched in an ID Graph, providing rich insights about users across the digital and physical world.*

A variety of data sources could be used to build and optimize an ID Graph. The most essential sources include first-party audience data from CRMs, data warehouses, and other cloud-based customer platforms, as well as usage data collected from their owned properties through SDKs, streaming data collection, and other methods. For audio platforms and TV networks, data from streaming platforms, set-top boxes, and listener/viewer interactions can significantly enhance the accuracy of custom ID graphs.

Incorporating authenticated personally identifiable information (PII) makes the graph more accurate. The most common approach is to obtain consenting browsing data such as IP addresses and first-party cookies. However, publishers often partner with other identity data providers due to the limitations of collecting first-party data. The company can opt to collaborate with partners that provide identity data, alternative IDs, or licensed data for audience enrichment.

## Profit-Generating Use Cases That Optable's Identity Solutions Unlock for Publishers

To demonstrate their value to ad partners, publishers must become experts in their audience data. An ID Graph helps publishers determine effective strategies and enhance their ad services. Let's delve into four illustrative use cases within Optable that can unleash effective data monetization strategies.



| | |
|---|---|
| | **1. Unlock revenue by using ID Graph in activation of segmented audiences**<br><br>Signals come from many places. Merging them simultaneously in real time is challenging for most datasets, but not for a purpose-built ID Graph. Graphs allow publishers to update and expand centralized data from multiple locations. This empowers ad sales and data teams to categorize specific user segments and differentiate their audience across all available sources for targeted advertising.<br><br>Insights from segmenting help publishers define unique audiences and communicate their value to advertising partners and make informed data strategy decisions, including planning and activation. Segmentation within a comprehensive ID Graph becomes a game-changer for audience activation. For audio platforms and TV networks, segmenting based on listening or viewing patterns can offer precise targeting opportunities, whether through direct ad placements or programmatic buys.<br><br>Publishers should seek interoperability within their ID Graph to make activation seamless and hassle-free. This allows to onboard specific customer clusters to ad platforms. For digital publishers, this means activating audiences directly on websites through SDKs or integrating with ad servers. Consider it as a secret recipe on how to reduce the tech stack and to make the life of your data teams a bit easier. In Optable's highly interoperable environment, publishers can seamlesslyl activate custom audiences with all of the mentioned options, enhancing marketing campaigns and helping partners achieve their goals. Read our article on interoperability to revisit its importance. |

| | |
|---|---|
| | **2. Use ID Graphs to boost partnerships through data collaboration**<br><br>Over the past few years, publishers started increasingly adopting data collaboration to work with their advertising partners in a privacy-protected way to build & activate data-driven campaigns. The key to effective data collaboration is the use of first-party data. Publishers who have invested in strong identity graphs for their first-party data will create efficiencies in segmenting and creating new audiences, grow their partnerships by sharing deep insights with advertising partners, and maximize their match rates and addressability.<br><br>Based on first-party data, data collaboration is a robust tool that drives highly accurate and high-performing advertising, generating profits for all involved parties. Optable as a data collaboration platform amplifies the collaboration capability with the custom-built ID Graphs, analyzing user data before and after matching. Publishers can explore this alternative to create new revenue streams amidst industry shifts.<br><br>**3. Maximize the revenue from programmatic deals with ID Bridging**<br><br>The process of stitching first-party identifiers and signals from other data partners into ID Graph is also referred to as ID Bridging. It helps publishers increase the value of their inventory for buyers on programmatic platforms by increasing the amount of IDs they can share with their demand partners for a specific visitor. Sending the enriched bid request with additional identifiers allows publishers to increase the addressability of their audience to the marketers. The outcome for sellers will be growth in bid density and an increase in programmatic yield.<br><br>When proposing this solution to publishers, Optable prioritizes transparency to ensure our customers have full visibility and the ability to choose which identifiers and data signals are used. Optable also recommends that publishers work with their demand partners to determine exactly how IDs can be used. ID Bridging can be an efficient data monetization strategy for media companies, bringing sustainable revenue growth from building durable audiences and selling valuable ad space to advertisers in the post-cookies era. |

| | |
|---|---|
| | ; https://terms.optable.co/privacy/privacy-policies/products-and-services:<br>**What personal information do we collect?**<br>The information we obtain for processing includes solely information that our Clients choose to store with us for processing, such as:<br>• **Mobile advertising device IDs** such as Apple's Identifier For Advertisers and Google Advertising ID (collectively, "**Advertising IDs**"). Advertising IDs are user-resettable, unique, anonymized identifiers for advertising generated by a variety of devices. Advertising IDs identify a specific device and are implemented both on Apple iOS and Google Android ("Advertising ID").<br>• **Cookies**. An HTTP cookie (also called web cookie, Internet cookie, browser cookie or simply a cookie) is a small piece of data sent from a website and is stored in the user's web browser while the user is browsing.<br>• **Demographic information** such as age / age range, gender, city or region, estimated income, and language.<br>• **Mobile contract data** such as prepaid or long term.<br>• **Mobile app usage data** about applications installed or accessed on a user's device and application events (such as in-app purchases).<br>• **Browsing activity** such as pages and offers viewed, clickstream data, and IP addresses.<br>• **Geolocation information** derived from sources such as GPS coordinates, Wi-Fi or cellular telephone tower connection locations.<br>• **Ad network requests** which may contain personal information about you depending on the nature of the request, such as demographic information, geolocation data, or the URL of the page you are browsing.<br>• **Any other information you provide** to our Clients (as defined in the section How is your personal information collected?), that our clients choose to have us store and process. |

## How is your personal information collected?

We receive personal information from third parties that use our Products and Services to whom you have given your separate consent for collection, use and disclosure, whether directly or indirectly (collectively, our "**Clients**"). The initial collection is made by our Clients, who then transfer this information to us.

Our Clients fall into four non-exclusive categories:

- **Publishers**, such as owners of websites, mobile applications and other media properties that publish content or provide services online.
- **Advertisers**, such as brand owners and advertising agencies.
- **Ad Exchanges**, such as technology platforms that facilitate the buying and selling of media advertising inventory from multiple advertising networks.
- **Commerce Media,** such as operator of loyalty networks.

Our Clients use software-based tools, that we provide, to collect information from a variety of sources (e.g., through product web pages and mobile apps) in a format that can be used for our Products and Services. These tools collect individual device Advertising IDs, cookie identifiers, email addresses, referring URLs, user agent strings, and IP addresses and other information arising from your interactions with our Clients' websites and mobile apps. Our Clients deploy these tools directly into their own systems, and send the collected information to our systems for storage and processing.